IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Daniel B. Sparr

Civil Action No. 99-cv-2227-DBS-OES

ROBERT NOLAN,
        Plaintiff,

v.

ANGEL MEDINA,
        Defendant.

_____

ORDER OF DISMISSAL

_____


THIS MATTER comes before the Court on the parties' Stipulation for Dismissal,

[Doc. #173] and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay his own fees and costs.

DATED at Denver, Colorado,  this 1st day of December, 2005.

BY THE COURT:

    s/ Daniel B. Sparr
Daniel B. Sparr
Senior United States District Judge